# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**TERRY LAMAR McCOY**                                                                         **PLAINTIFF**

**VS.**                             **4:20-CV-00450-BRW-JJV**

**JOSEPH GORMAN,** *et al*.                                              **DEFENDANTS**

## ORDER

I have reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects.

Accordingly, Plaintiff's Motion for Summary Judgment (Doc. No. 37) is DENIED without prejudice, subject to refiling.

I certify, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from any Order adopting these recommendations would not be taken in good faith.

IT IS SO ORDERED this 4th day of August, 2020.

                                                   Billy Roy Wilson_____
                                                   UNITED STATES DISTRICT JUDGE