IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | |
|---|---|
| **TERRY LAMAR McCOY** | **PLAINTIFF** |
| VS.    4:20-CV-00450-BRW-JJV | |
| **JOSEPH GORMAN,** *et al.* | **DEFENDANTS** |

## ORDER

I have reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects.

Accordingly, Plaintiff's Complaint, as amended (Doc. No. 4) is DISMISSED without prejudice.

I certify, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from any Order adopting this recommendation and the accompanying Judgment would not be taken in good faith.

IT IS SO ORDERED, this 14th day of January, 2021.

Billy Roy Wilson
UNITED STATES DISTRICT JUDGE