IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**TERRY LAMAR MCCOY**                                                                                   **PLAINTIFF**

**VS.**                                            **4:20-CV-00450-BRW**

**JOSEPH GORMAN,** *et al***.**                                                            **DEFENDANTS**

## JUDGMENT

Based on the order entered today, this case is DISMISSED without prejudice.

IT IS SO ORDERED, this 14th day of January, 2021.

                                                      Billy Roy Wilson_____
                                                      UNITED STATES DISTRICT JUDGE